IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRYLYN McCAIN,

    Plaintiff,                      No. CIV S-10-3170 JAM KJN PS (TEMP)

    vs.

STOCKTON POLICE DEP'T, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 20, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed December 20, 2010 are adopted in full;

2. Plaintiff's motion for writ of replevin (docket no. 8), construed as a motion for temporary restraining order, is denied.

DATED: March 3, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE