IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRYLYN MCCAIN,

        Plaintiff,                      No. 2:10-cv-03170 JAM KJN (TEMP) PS

    v.

STOCKTON POLICE DEPARTMENT, et al.,

        Defendants.               <u>ORDER</u>

        /

        The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On March 23, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 23, 2011 are adopted in full; and

2. Plaintiff's motion for temporary restraining order (Dkt. No. 39) is denied.

DATED: May 10, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE